JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:23-cv-02600-ODW (PDx) | Date | May 18, 2023 |
|---|---|---|---|
| Title | *Willie-Jay:Smith-Bey III © v. Shanelle Hamlin et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order DENYING *In Forma Pauperis* Application [2], DENYING AS MOOT Pending Motions [5] [26], and DISMISSING Case**

On April 13, 2023, the Court entered an Order on Plaintiff's request to proceed *in forma pauperis*, indicating that Plaintiff's first *in forma pauperis* application was incomplete and providing him thirty days to either file a complete application or pay the filing fee. (Order, ECF No. 17.)

With adjustments for the weekend, Plaintiff's amended application or filing fee was due May 15, 2023. Plaintiff—who is capable of filing documents and receiving notice of filed documents electronically, (*see* ECF No. 16)—has not filed an amended application or paid the filing fee. Therefore, the Court **DENIES** Plaintiff's *in forma pauperis* application. (ECF No. 2.) Given that Plaintiff has not paid the filing fee and has not been granted *in forma pauperis* status by the deadline the Court provided, the case is appropriate for dismissal.

The Court hereby **DISMISSES** the case for failure to pay the filing fee. The pending Motion to Compel Arbitration and Motion to Dismiss are each **DENIED AS MOOT**. (ECF Nos. 5, 26.) The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                       : 00

Initials of Preparer    SE